JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE PERSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CVS PHARMACY, INC.; a Rhode Island Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | **Case No.: 8:20-CV-01360 FWS (JDEx)**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Ctrm: 10D<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

## **ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 3, 2022

_____
The Honorable Fred W. Slaughter
United States District Court Judge